Clayton H. Walker, Jr.
James L. Gaines
Alaska Law Offices
240 E. Tudor Road, Suite 230
Anchorage, AK 99503

# THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ALASKA

|  |  |
|---|---|
| JAMES T. WILLIAMS | ) |
| Plaintiff | ) |
| vs. | ) |
|  | ) |
| FINANCIAL COLLECTION AGENCY | ) |
| Of ANCHORAGE, INC. | ) |
| Defendant | ) Case No. _____ |
| _____ | ) |

## NOTICE OF REMOVAL OF ACTION

To:        Clerk of Court
             United States District Court

And To:   James T. Williams
             C\O James Davis
             Alaska Legal Services
             1016 W. 6th Avenue Suite 200
             Anchorage, AK 99501

     **PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(b), and 1446, defendant Financial Collection Agency of Anchorage, Inc. hereby removes this action entitled James T. Williams vs. Financial Collection Agency of Anchorage, Inc., Superior Court for the State of Alaska at Anchorage, Case No. 3AN-15-09426CI, to the United States District Court for the District of Alaska on the following grounds:

1.     Service of Process of Summons and Complaint was made by Certified Mail upon the Defendant on September 8, 2015.  This Notice of Removal is timely pursuant to 28 U.S.C 1446(b).

*Williams v. FCA, Inc.*
Notice of Removal of action                                                                 Page 1 of 3
Case 3:15-cv-00182-HRH    Document 1    Filed 09/29/15    Page 1 of 3

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C 1441(b) in that, in the Complaint, Plaintiff alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq.*, a claim that is created by, and arises under, federal law. To the extent any other claims in the action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C 1367 and 1441(c).

3. This Court is the proper District Court for removal because the Superior Court of Alaska at Anchorage is located within the United States District Court for the District of Alaska.

4. A true and correct copy of the Summons and Complaint received by Defendant are attached hereto as Exhibit A.

5. Defendant is simultaneously filing a copy of this Notice of Removal of Action with the state court in the action. Defendant will serve Plaintiff with copies of this Notice and the Notice filed in the action.

6. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defense or other motions including Rule 12 motions and/or motions to compel arbitration permitted by the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED,
 DATED on the 28th day of September 2015 at Anchorage, Alaska.
 BY /S/
 Clayton H. Walker, Alaska Bar No. 0001002

*Williams v. FCA, Inc.*
Notice of Removal of action    Page 2 of 3
Case 3:15-cv-00182-HRH   Document 1   Filed 09/29/15   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2015,
a true and correct copy of the following documents was served upon
Plaintiff at the below listed address:

This Notice of Removal of Action
Notice RE Filing of State Court File
Alaska court file documents, stamped.
Notice of Removal to United States District Court (AK Court filing)

TO:
James Davis
Alaska Legal Services
Attorney for James T. Williams
1016 W. 6th Avenue Suite 200
Anchorage, AK 99501


By:_____/S/_____
       James Gaines
       Alaska Law Offices, Inc.

*Williams v. FCA, Inc.*
Notice of Removal of action      Page 3 of 3
Case 3:15-cv-00182-HRH    Document 1    Filed 09/29/15    Page 3 of 3